AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. **1:20-MJ-00570** |
| Priority Mail, Tracking Number 9505 5144 9455 0196 4390 80, addressed to CYNTHIA JORDAN. 11382 KENSHIRE DR., CINCINATTI, OH 45240, with a return address of JOSH JORDAN, 1542 N BRONSON AVE, LOS ANGELES, CA 90028. | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Priority Mail, Tracking Number 9505 5144 9455 0196 4390 80, addressed to CYNTHIA JORDAN. 11382 KENSHIRE DR., CINCINATTI, OH 45240, with a return address of JOSH JORDAN, 1542 N BRONSON AVE, LOS ANGELES, CA 90028.

located in the _____ Southern _____ District of _____ Ohio _____ , there is now concealed *(identify the person or describe the property to be seized):*
A quantity of a controlled substance and/or proceeds which are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Section 841(a)(1).

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841 (a) (1) | Possession with intent to distribute a controlled substance |

The application is based on these facts:

See attached affidavit of U.S. Postal Inspector Jason R. Roth

☒ Continued on the attached sheet.

☐ Delayed notice _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Jason R. Roth, U.S. Postal Inspector

*Printed name and title*

Sworn to before me and signed in my presence. **via Facetime Video.**

Date: **Jul 29, 2020**

*Judge's signature*

Stephanie K. Bowman
United States Magistrate Judge

*Printed name and title*

City and state: Cincinnati, Ohio

## AFFIDAVIT

I, Jason R. Roth, having been duly sworn, depose and state:

1. I am a United States Postal Inspector, having been so employed since February 23, 2013. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the United States Postal Inspection Service ("USPIS") with investigative responsibility for southwest Ohio and northern Kentucky. Part of my investigative responsibility involves the use of the United States Mail in the illegal transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

2. I completed United States Postal Inspection Service Basic Training in May 2013. The training involved narcotic investigation techniques, chemical field tests and training in the detection and identification of controlled substances being transported in the United States Mail. In addition to this formal training, I have worked since May 2013 with various federal, state and local law enforcement agencies in the investigation of the transportation of illegal drugs and their identification.

3. This Affidavit is made in support of a search warrant for the following properties, namely the packages associated with the following United States Postal Service ("USPS") Priority Mail, Tracking Numbers:

   **a.**    **9505 5138 0684 0196 4776 75**

   **b.**    **9505 5138 0684 0196 4776 68**

   **c.**    **9505 5144 9455 0196 4390 80**

   **d.**    **9505 5144 9455 0196 4390 73** (the "**Subject Packages**")

This Affidavit is made in support of a warrant to search the **Subject Packages** for evidence of a crime as well as contraband, fruits of a crime or other items illegally possessed in relation to the following offense:

a.    Possession with Intent to Distribute Controlled Substances, in violation of Title 21, United States Code, § 841.

Because this Affidavit is submitted in support of the application of the United States to search the **Subject Packages**, it does not include every fact known concerning this investigation. I have set forth facts and circumstances that I have relied upon to establish probable cause to justify the issuance of a warrant to search the **Subject Packages**. The **Subject Packages** are currently being held at the USPIS Cincinnati Field Office.

4. Based on my training and experience, I have become aware that drug traffickers frequently use Priority Mail Express and/or Priority Mail, services offered by the USPS,

to transport narcotics and other dangerous controlled substances.  As a result of investigations and successful controlled substance prosecutions where Priority Mail Express and/or Priority Mail were used, I have learned of certain characteristics indicative of other Priority Mail Express and/or Priority Mail items previously identified as containing narcotics or other dangerous controlled substances.  Some of these characteristics include (but are not necessarily limited to or used on every occasion): false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

5. On or about July 20, 2020, I identified and intercepted the **Subject Packages** from the Cincinnati Processing and Distribution Center.

The **Subject Packages** are further described as:

**Priority Mail, Tracking Number:**  9505 5138 0684 0196 4776 75
Weighing approximately 7 pounds and 6 ounces in a brown box. Postage paid for was $59.95.

| Sender: | STEVEN PATTERSON |
|---|---|
| | 11421 BALBOA AVE |
| | GRANADA HILLS, CA 91344 |

| Addressee: | CAROL PATTERSON |
|---|---|
| | 11395 KENSHIRE |
| | CINCINATTI, OH 45240 |

**Priority Mail, Tracking Number:**  9505 5138 0684 0196 4776 68
Weighing approximately 7 pounds and 11 ounces in a brown box. Postage paid for was $59.95.

| Sender: | STEVEN PATTERSON |
|---|---|
| | 11421 BALBOA AVE |
| | GRANADA HILLS, CA 91344 |

| Addressee: | CAROL PATTERSON |
|---|---|
| | 11395 KENSIRE |
| | CINCINATTI, OH 45240 |

**Priority Mail, Tracking Number:**  9505 5144 9455 0196 4390 80
Weighing approximately 10 pounds and 11 ounces in a brown box. Postage paid for was $59.95.

**Sender:**      JOSH JORDAN
1542 N BRONSON AVE
LOS ANGELES, CA 90028

**Addressee:**    CYNTHIA JORDAN
11382 KENSHIRE DR.
CINCINATTI, OH 45240

**Priority Mail, Tracking Number:** 9505 5144 9455 0196 4390 73
Weighing approximately 10 pounds and 9 ounces.
Postage paid for was $59.95.

**Sender:**      JOSH JORDAN
1542 N BRONSON AVE
LOS ANGELES, CA 90028

**Addressee:**    CYNTHIA JORDAN
11382 KENSHIRE DR.
CINCINATTI, OH 45240

6.    I observed the **Subject Packages** and reviewed USPS tracking information. The two packages with the return address of 11421 BALBOA AVE, GRANADA HILLS, CA 91344 were mailed from the Mission Hills Post Office, San Fernando, CA 91345. The two packages with the return address of 1542 N BRONSON AVE, LOS ANGELES, CA 90028 were mailed from the Oakwood Post Office, Los Angeles, CA 90004. I am aware through training and experience, southern California is a known drug source location and Cincinnati, OH is a known drug trafficking location. All four packages have pictorially similar handwriting and Cincinnati is misspelled as "CINCINATTI" on all four packages. Additionally, all four packages' seams are taped.

7.    I searched the CLEAR database for the listed return addresses of the **Subject Packages**: STEVEN PATTERSON, 11421 BALBOA AVE, GRANADA HILLS, CA 91344 and JOSH JORDAN, 1542 N BRONSON AVE, LOS ANGELES, CA 90028.  CLEAR is a public record data investigative platform available exclusively to law enforcement and other government investigators about people and businesses. The information obtained from the system indicated there is no Steven Patterson or Josh Jordan associated with either address.

8.    I searched the CLEAR database for the listed addressees of the **Subject Packages**: CAROL PATTERSON, 11395 KENSHIRE, CINCINATTI, OH 45240 and CYNTHIA JORDAN, 11382 KENSHIRE DR., CINCINATTI, OH 45240. The information obtained from the system indicated there is no Carol Patterson or Cynthia Jordan associated with either address.

9.   On or about July 28, 2020, I arranged for Deputy Nick Poole, Hamilton County Sheriff's Office, to utilize a narcotics canine to check the **Subject Packages**. Deputy Poole and his canine "Akim" are a currently certified narcotics team. The team is certified by the Ohio Peace Officer Training Commission and the Ohio Office of the Attorney General. Deputy Poole reports that "Akim" passed all of his examinations and has successfully located hidden drugs in the past and therefore I consider "Akim" to be reliable. I met Deputy Poole at the USPIS Cincinnati Field Office, where the **Subject Packages** were placed in separate offices among several other similar packages and presented to narcotic canine, "Akim", who alerted positively to the presence or odor of a controlled substance upon the **Subject Packages**. Attached herewith, and incorporated by reference, is a photocopy of the narcotic canine handler's record of examination.

10.  Based upon my experience and training, this information, along with the positive alert of narcotic canine "Akim" is indicative of the **Subject Packages** containing narcotics or proceeds relating thereof.

11.  Based upon the information contained in this Affidavit, I believe that there is probable cause to believe that the **Subject Packages** will contain evidence and/or contraband, fruits of crime, or other items illegally possessed. Therefore, a search warrant to open the **Subject Packages** is requested.


Further, your Affiant sayeth naught.

_Jason R Roth_

Jason R. Roth
U.S. Postal Inspector


Subscribed and sworn to and before me this ___29th___ day of July, 2020 **via Facetime Video.**

_Stephanie K. Bowman_

Stephanie K. Bowman
United States Magistrate Judge

4

United States Postal Inspection Service

Pittsburgh Division

## OFFICER AFFIDAVIT

I, DEPUTY N. POOLE, AM, AND HAVE BEEN, EMPLOYED BY THE HAMILTON COUNTY SHERIFF'S OFFICE, SINCE 2004. AMONG OTHER DUTIES, I AM CURRENTLY THE ASSIGNED HANDLER OF NARCOTICS DETECTION CANINE "AKIM", WHICH IS TRAINED AND CERTIFIED IN THE DETECTION OF THE PRESENCE OR ODOR OF NARCOTICS DESCRIBED AS FOLLOWS:

Marijuana, Hashish, Cocaine, Heroin, Methamphetamines, Ecstasy

ON 07/28/2020, AT THE REQUEST OF POSTAL INSPECTOR J.R. ROTH I RESPONDED TO THE US POSTAL INSPECTION SERVICE CINCINNATI FIELD OFFICE WHERE "AKIM" DID ALERT TO AND INDICATE UPON THE FOLLOWING DESCRIBED ITEMS:

USPS Priority Mail, USPS Tracking Number: 9505 5138 0684 0196 4776 75, addressed to Carol Patterson, 11395 Kenshire, Cincinnati, OH 45240 with a return address of Steven Patterson, 11421 Balboa Ave, Granada Hills, CA 91344.

USPS Priority Mail, USPS Tracking Number: 9505 5138 0684 0196 4776 68, addressed to Carol Patterson, 11395 Kenshire, Cincinnati, OH 45240 with a return address of Steven Patterson, 11421 Balboa Ave, Granada Hills, CA 91344.

USPS Priority Mail, USPS Tracking Number: 9505 5144 9455 0196 4390 80, addressed to Cynthia Jordan, 11382 Kenshire Dr, Cincinnati, OH 45240 with a return address of Josh Jordan, 11421 1542 N Bronson Ave, Los Angeles, CA 90028.

USPS Priority Mail, USPS Tracking Number: 9505 5144 9455 0196 4390 73, addressed to Cynthia Jordan, 11382 Kenshire Dr, Cincinnati, OH 45240 with a return address of Josh Jordan, 1542 N Bronson Ave, Los Angeles, CA 90028.

BASED ON MY TRAINING AND EXPERIENCE AND THAT OF "AKIM", I CONSIDER THE ABOVE DESCRIBED ITEM TO CONTAIN WITHIN OR UPON THE PRESENCE OR ODOR OF A NARCOTIC OR OTHER DANGEROUS CONTROLLED SUBSTANCE.

_____
(Signature and Date)